UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TYRONE WILLIAMS,<br><br>                Plaintiff,<br><br>    v.<br><br>ROBERT A. DIXON, *in his official capacity as United States Marshal for the Superior Court of the District of Columbia,*<br><br>                Defendant. | No. 22-cv-753 (RJL) |

**DECLARATION OF SERVICE OF PROCESS ON THE
UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA**

    I, Michael Perloff, hereby certify that I am more than 18 years of age and not a party to this action. I further certify that I served the Summons and Complaint in this action, together with the Notice of Right to Consent to Trial Before a United States Magistrate Judge, upon the United States Attorney for the District of Columbia by hand-delivering copies thereof to the office that he has designated to receive service, at 501 3rd Street, N.W., Washington, D.C. At approximately 5:15 p.m. on March 18, 2022, the Summons and Complaint were received by Toyin Abejide.

    I further certify that I simultaneously served the United States Attorney with a copy of the Motion for a Preliminary Injunction and attachments thereto (ECF 6 through ECF 6-7) filed in this action.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed this 18th day of March, 2022.

                                                            /s/ *Michael Perloff*
                                                            Michael Perloff