UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TYRONE WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT A. DIXON, In His Official Capacity, as United States Marshal for the Superior Court of the District of Columbia,<br><br>    Defendant. | Civil Action No. 22-0753 (RJL) |

## SCHEDULING ORDER

Upon consideration of the Parties Report of Local Civil Rule 16.3 Conference, it is hereby ORDERED that the following schedule shall govern proceedings in this case:

| | |
|---|---|
| Deadline to Exchange Initial Disclosures | July 21, 2023 |
| Deadline to Join Additional Parties | August 4, 2023 |
| Deadline to Amend the Pleadings | August 4, 2023 |
| Plaintiff's Rule 26(a)(2) Expert Disclosures | November 6, 2023 |
| Defendant's Rule 26(a)(2) Expert Disclosures | January 8, 2024 |
| End of Discovery | January 22, 2024 |

SO ORDERED

Date: 7/7/23

RICHARD J. LEON
United States Magistrate Judge