# DeGenaro, Stephen (USADC)

| | |
|---|---|
| **From:** | DeGenaro, Stephen (USADC) |
| **Sent:** | Thursday, August 3, 2023 1:17 PM |
| **To:** | Michael Perloff |
| **Cc:** | Art Spitzer |
| **Subject:** | RE: Amendment and Settlement |

Michael,

You can represent that Defendant takes no position on the forthcoming motion to amend.

Thank you,

Stephen M. DeGenaro
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-7229
Email: Stephen.DeGenaro@usdoj.gov

---

**From:** Michael Perloff <MPerloff@acludc.org>
**Sent:** Thursday, August 3, 2023 10:33 AM
**To:** DeGenaro, Stephen (USADC) <SDeGenaro@usa.doj.gov>
**Cc:** Art Spitzer <aspitzer@acludc.org>
**Subject:** [EXTERNAL] RE: Amendment and Settlement

Per my email yesterday, I'm attaching an amended version of the complaint in redline. We will seek move to amend tomorrow. Please let me know the government's position on the motion. Regarding settlement, I expect to have a proposal tomorrow. If you have time to discuss, I'm free any time after 10 am.


Michael Perloff
*Pronouns: he/him/his*
Staff Attorney
ACLU of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 601-4278
mperloff@acludc.org

*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

**From:** Michael Perloff
**Sent:** Wednesday, August 2, 2023 1:06 PM
**To:** DeGenaro, Stephen (USADC) <Stephen.DeGenaro@usdoj.gov>
**Cc:** Art Spitzer <aspitzer@acludc.org>
**Subject:** Amendment and Settlement

Stephen,

I'm writing to put on your radar our intent to move to amend the Williams complaint to add FTCA claims arising from the November 2020, October 2021, and February 2022 searches Mr. Williams experienced at the courthouse. The proposed amendments will also include a few updates that reflect changes in Mr. Williams's circumstances since we initially filed; nothing major. I will send you a redlined version of the complaint with the proposed edits so that you can determine your position on our motion to amend, which we plan to file on Friday.

Our goal in amending is to preserve Mr. Williams's FTCA claims. I spoke with my client about settlement, and he is interested in something in the ballpark of what we discussed a few weeks ago. I am finalizing the details of a proposal with him and hope to have a revised offer for you by next week.

Michael

Michael Perloff
*Pronouns: he/him/his*
Staff Attorney
ACLU of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 601-4278
mperloff@acludc.org

*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*