UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TYRONE WILLIAMS,

          Plaintiff,

v.                                                                        No. 22-cv-00753 (RJL)

ROBERT A. DIXON, in his official capacity,

          Defendant.

**PLAINTIFF'S CONSENT MOTION TO EXTEND THE DISCOVERY SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b), which permits the Court to extend any deadline for good cause, Plaintiff moves to extend the discovery deadlines in this matter. Defendant consents to this motion and good cause supports it.

Since the Court entered its scheduling order on July 7, 2023, the Court granted Plaintiff's motion to amend the pleadings to add the United States as a defendant and to add claims under the Federal Torts Claims Act; the United States thereafter moved to dismiss those claims and the parties briefed that motion. While that motion has been pending, the parties engaged in settlement discussions. Additionally, Plaintiff has served interrogatories, requests for production, and requests for admission on Defendant Dixon.

The parties hope to continue exploring settlement, while accommodating the schedule of counsel for Defendant Dixon, who has a trial in early December. The extension proposed below is sought to allow the parties to attempt to settle the case and, if those efforts fail, provide Defendant Dixon time to respond to Plaintiff's discovery requests (again keeping defense counsel's trial in mind), and Plaintiff to present those responses to his expert so the expert can prepare a report based

1

on full information. The parties intend to explore settlement while Plaintiff's discovery requests are pending in the hopes of resolving the matter before Defendant's discovery responses are due.

To these ends, Plaintiff proposes modifying the discovery schedule as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's Rule 26(a)(2) Expert Disclosures | November 6, 2023 | March 20, 2024 |
| Defendant's Rule 26(a)(2) Expert Disclosures | January 8, 2024 | May 20, 2024 |
| Close of Discovery | January 22, 2024 | June 3, 2024 |

The parties have not sought any prior extensions on the discovery schedule. Granting this request will not prejudice Defendant, as he consents, nor the Court, as no hearings are currently on the docket.

For these reasons, Plaintiff's motion should be granted.

Dated: November 3, 2023

Respectfully submitted,
*/s/ Michael Perloff*
Michael Perloff (D.C. Bar No. 1601047)
Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
   of the District of Columbia
915 15th Street NW, 2nd Floor
Washington, D.C. 20005
mperloff@acludc.org
202-601-4278

*Counsel for Plaintiff*