UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TYRONE WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT A. DIXON, in his official capacity, <br><br> Defendant. | No. 22-cv-00753 (RJL) |

**[PROPOSED]**
**ORDER**

Upon consideration of Plaintiff's Consent Motion To Extend the Discovery Schedule, and the arguments in support thereof, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the discovery deadlines in this matter shall be extended as follows:

| Event | Prior Deadline | Current Deadline |
|---|---|---|
| Plaintiff's Rule 26(a)(2) Expert Disclosures | November 6, 2023 | March 20, 2024 |
| Defendant's Rule 26(a)(2) Expert Disclosures | January 8, 2024 | May 20, 2024 |
| Close of Discovery | January 22, 2024 | June 3, 2024 |

Date: _____                                              _____
                                                                              Richard J. Leon
                                                                              United States District Judge