UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TYRONE WILLIAMS,<br><br>      Plaintiff,<br><br>v.<br><br>ROBERT A. DIXON, United States Marshal for the Superior Court of the District of Columbia, et al.,<br><br>      Defendants. | Civil Action No. 22-0753 (RJL) |

## ORDER

Upon consideration of Defendants' Consent Motion to Extend the Discovery Schedule, and for the reasons contained therein and the entire record, and for good cause shown, it is hereby

ORDERED that Defendants' Motion is GRANTED; it is further

ORDERED that the Defendants shall respond to the discovery demands currently due on August 28, 2024 by October 14, 2024; it is further

ORDERED that Plaintiff's Rule 26(a)(2) expert disclosures deadline is extended until February 14, 2025; the deadline for Defendants' Rule 26(a)(2) expert disclosures is extended until April 21, 2025; and the deadline for the close of discovery is extended until May 5, 2025.

Dated: 8/29/24

                                                                     _Richard Leon_
                                                                      RICHARD J. LEON
                                                                      United States District Judge