UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TYRONE WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT A. DIXON, et al., <br><br> Defendants. | Civil Action No. 22-0753 (RJL) |

### DEFENDANT'S COMBINED CONSENT MOTION TO EXTEND AND FOR LEAVE TO DEPOSE PLAINTIFF

With Plaintiff's consent, Defendant moves this Court to extend the discovery period, to September 26, 2025. The discovery period currently closes on June 23, 2025. Order (ECF No. 63). The parties are working collaboratively to advance the case, have exchanged discovery, and wish to proceed with scheduling depositions. Due to competing schedules, including government counsel's impending leave on account of the birth of his child, scheduling of depositions before the current discovery deadline closes is impractical.

Also with Plaintiff's consent, Defendants move for leave for Defendants, through counsel, to depose Plaintiff. *See* Fed. R. Civ. P. 30(a)(2)(B). Plaintiff is currently incarcerated at FCI Allenwood in Allenwood, Pennsylvania. The parties will confer at a later time regarding a specific date and logistics of the deposition.

For these reasons, Defendants respectfully request that the Court grant this motion.

\*   \*   \*

- 2 -

Dated: May 21, 2025    Respectfully submitted,

                                      JEANINE FERRIS PIRRO
                                      United States Attorney

                                      By:    /s/ *Dimitar P. Georgiev*
                                      DIMITAR P. GEORGIEV, D.C. Bar #1735756
                                      Assistant United States Attorney
                                      601 D Street, NW
                                      Washington, DC 20530
                                      (202) 815-8654

                                      *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TYRONE WILLIAMS,<br><br>       Plaintiff,<br><br>       v.<br><br>ROBERT A. DIXON, et al.,<br><br>       Defendants. | Civil Action No. 22-0753 (RJL) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' consent motion and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the discovery period is extended to September 26, 2025; and it is further

ORDERED that Defendant may depose Plaintiff.

SO ORDERED:

_____     _____
Date                                                          RICHARD J. LEON
                                                                    United States District Judge

- 3 -