**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TYRONE WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT A. DIXON, et al.,<br><br>Defendants. | Civ. A. No. 22-0753 (RJL) |

**JOINT STIPULATON OF PARTIAL DISMISSAL**

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the parties, by and through their undersigned counsel, hereby stipulate to the dismissal of the following claims in the Amended Complaint (ECF 41) with prejudice: Claim I (Violation of the Fourth Amendment (USMS Policy)), Claim II (Violation of the Fifth Amendment (USMS Policy)), Claim III (Violation of the Fourth Amendment (Excessive Force)), Claim IV (Violation of the Fifth Amendment (Pretrial Punishment)). The parties also stipulate to the dismissal with prejudice of Claim V (Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 1402(b), 2401 & 2671–80 (Battery)) and Claim VI (Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 1402(b), 2401 & 2671–80 (Intentional Infliction of Emotional Distress)) only insofar as they pertain to the November 3, 2020, search of Plaintiff. This stipulation of partial dismissal does not otherwise affect Claims V and VI; Plaintiff does not seek to dismiss those claims as they pertain to the October 18, 2021, and February 10, 2022, searches of Plaintiff. All parties who have appeared in this action have signed this stipulation.

* * *

September 9, 2026,

Respectfully submitted,

*/s/ Aditi Shah*
Aditi Shah (D.C. Bar No. 90033136)
Michael Perloff (D.C. Bar No. 1601047)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
of the District of Columbia
529 14th Street NW, Ste. 420
Washington, D.C. 20045
(202) 457-0800
ashah@aculdc.org
mperloff@acludc.org
aspitzer@acludc.org

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Dimitar P. Georgiev*
Dimitar P. Georgiev, D.C. Bar #1735756
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252 – 7678

*Attorneys for the United States of America*

Date: ___________

_______________________
Richard J. Leon
United States District Judge